SIDES v. HOSPITAL

No. 7 PC.

Case below: 22 N.C. App. 117.

, Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 August 1974.

SPARKS v. CHOATE

No. 133 PC.

Case below: 22 N.C. App. 62.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974.

STATE v. AIKENS

No. 155 PC.

Case below: 22 N.C. App. 310.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 September 1974.

STATE v. ALEXANDER

No. 137 PC.

Case beow: 22 N.C. App. 196.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

STATE v. BENFIELD

No. 13 PC.

Case beow: 22 N.C. App. 330.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974. Appeal dismissed ex mero motu for lack of substantial constitutional question 30 August 1974.